# UNITED STATES DISTRICT COURT
## CRIMINAL MINUTES – GENERAL MINUTES

**Case #:** 1:24mj75 AW/ML       **Time Commenced:** 10:02 a.m.
**Date:** 1/6/2025      **Time Concluded:** 10:53 a.m.

---

**DOCKET ENTRY:** PRELIMINARY EXAMINATION HEARING

---

**PRESENT: HONORABLE MIDORI LOWRY, UNITED STATES MAGISTRATE JUDGE**

| A. Tinaya-Miller | Philip Minafield | GNV DCR 2025 | Adam Hapner | |
|---|---|---|---|---|
| Deputy Clerk | USPO | Tape No./Court Reporter | Asst. U.S. Atty | Interpreter |

**U.S.A. v. (Defendants listed below)**      **Attorneys for Defendant:**

**(1) FORREST KENDALL PEMBERTON**      **(1) DARREN JOHNSON, FPD**
X present  X custody  ___ bond  ___ O/R      X present  X appointed  ___ retained  ___ pro bono

| Time | Event |
|---|---|
| 10:02 a.m. | Court called to order |
| | Defendant waived identity and detention hearing without prejudice |
| 10:04 a.m. | Government witness, Jayson Francis, TFO, sworn, direct |
| | Government Exhibit 1, copy of complaint - marked, admitted |
| | Government Exhibit 2 and 3, from defendant's letter to family - marked, admitted |
| | Government Exhibit 4, Google screen shot of address in Plantation, FL - marked, admitted |
| | Government Exhibit 5, Goodle screen shot American Israel Public Affairs, American Israel Public Affiairs Committee (APAC) Plantation, FL - marked, admitted |
| | Government Exhibit 6, Google search IRS, Walmart Supercenter, Plantation, FL - marked, admitted |
| | Government Exhibit 7, Google search of various individuals and companies - marked, admitted |
| | Government Exhibit 8, list of ATM withdrawal transactions in Plantation, FL - marked, admitted |
| 10:33 a.m | Cross |
| 10:42 a.m. | Rebuttal |
| 10:43 a.m. | Government argument |
| 10:49 a.m. | Defense defer argument |

| | |
|---|---|
| **10:49 a.m.** | Court |
| **10:52 a.m.** | Government has provided probably cause for charge of criminal complaint. Defendant remanded to custody of USM to be transferred to the Southern District of Florida |
| **10:53 a.m.** | Court adjourned |

**Initials of Deputy Clerk:  atm**