IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO.: 1:24-MJ-75-MAL

FORREST KENDALL PEMBERTON,

    Defendant.
_____/

## ORDER FINDING PROBABLE CAUSE

At his initial appearance on December 30, 2024, Defendant Forrest Kendall Pemberton, through counsel, requested an identity hearing, detention hearing, and preliminary hearing regarding the criminal complaint and arrest warrant from the Southern District of Florida, case number 24-MJ-6613-HUNT. The hearings were scheduled for January 6, 2025, at 10:00 a.m.

At the hearing on January 6, 2025, Defendant waived his rights to a detention hearing in this district and to an identity hearing. Only the preliminary hearing was conducted.

The sole witness to testify was Jayson Francis, who is a deputy with the Alachua County Sheriff's Office and a task force officer with the Federal Bureau of Investigation. I found his testimony to be credible and reliable. The

1

evidence established reasonable suspicion that Defendant violated Title 18, United States Code, Section 2261A(2)(B), in that:

1. Defendant had the requisite intent to harass or intimidate workers at the American Israel Public Affairs Committee in Plantation, Florida;

2. Defendant engaged in a pattern of conduct composed of two or more acts, evidencing a continuity of purpose;

3. Defendant used an electronic communication system of interstate commerce; and

4. Defendant's pattern of conduct caused, attempted to cause, or would be reasonably expected to cause substantial emotional distress.

Because there is reasonable suspicion that Defendant violated Title 18, United States Code, Section 2261A(2)(B), as alleged in the criminal complaint, Defendant will be committed to the Southern District of Florida to answer to the criminal complaint.

SO ORDERED this 6th day of January, 2025.

s/ *Midori A. Lowry*  
Midori A. Lowry  
United States Magistrate Judge